IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HOUSING AND ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> COMMUNITY DEVELOPMENT CORPORATION OF KANSAS CITY <br><br> Defendant. | Case No. 08-0768-CV-W-GAF |

## CHARGING ORDER

Now pending before this Court is Plaintiff Housing and Economic Development Financial Corporation's Motion for Issuance of Charging Order. For good cause shown, it is:

ORDERED that Defendant Community Development Corporation of Kansas City's profits, distributions, and equity interests in Citadel Plaza, LLC, a Missouri limited liability company, are hereby charged with the payment of the unsatisfied judgment in Plaintiff's favor and against Defendant, entered by this Court on January 16, 2009 in the principal amount of $189,859.74. The total aggregate amount owing on this judgment as of February 26, 2009 is $189,953.58. Citadel Plaza, LLC shall pay Defendant's shares of any and all profits, distributions, disbursements, receipts, drawings, or other payments of any kind to Plaintiff until the judgment is satisfied in full.

For purposes of any communications required or permitted under this Order, Plaintiff's address is:

David E. Bahner, Receiver
4001 Blue Parkway, Suite 250
Kansas City, MO 64130.

It is FURTHER ORDERED that any party may apply to this Court for modification of this Order as may be necessary or appropriate for any funds or other assets of any kind payable to or owned by Defendant with respect to any profits, distributions, or equity membership interests in Citadel Plaza, LLC or to require the sale of Defendant's membership interest therein as provided for by law. This Court shall retain jurisdiction over this matter.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 6, 2009